```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 13-02665-RNO
Stephen L. Dickson                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AGarner            Page 1 of 1            Date Rcvd: Oct 19, 2017
                                Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db              +Stephen L. Dickson,   2728 Olde Field Drive,   York, PA 17408-4259
4389905         +JPMorgan Chase Bank, National Association,   Chase Home Finance, LLC,   Attn: OH4-7119,
                  3415 Vision Drive,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 1 Stephen L. Dickson lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    STEPHEN L. DICKSON<br><br>                     Debtor<br><br>STEPHEN L. DICKSON<br><br>                     Movant<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION;<br>CHARLES J. DEHART, III, ESQUIRE, CHAPTER 13 TRUSTEE,<br>                     Respondents | Chapter 13<br><br>Case No. 1-13-bk-02665-RNO<br><br><br>11 U.S.C. § 363(f)(1) |

ORDER APPROVING SALE OF DEBTOR'S REAL ESTATE
FREE AND CLEAR OF LIENS AND ENCUMBRANCES

UPON CONSIDERATION of the Motion filed by the Debtor and a review of the record revealing that a Notice was sent to all creditors and other parties in interest and there being no Objections of record to the sale, and after hearing held on October 19, 2017, it is

ORDERED that Debtors shall be permitted to sell the parcel of real estate owned by Stephen L. Disckson, known as 2728 Olde Field Way, York, Pennsylvania 17408, to Nathan S. Dunn and Niki H. Dunn, 742 Chanceford Avenue, York, Pennsylvania 17404 for the sum of $234,000.00. The sale is to be free and clear of liens and encumbrances, the liens and encumbrances, if any, to be paid at settlement pursuant to the terms and conditions set forth in the Motion and Notice to creditors. It is further

ORDERED THAT this Court makes a specific finding based upon the record that Nathan S. Dunn and Niki H. Dunn are "good faith" buyers pursuant to 11 U.S.C. § 363(m), and that the provisions of that subsection of the Bankruptcy Code are applicable.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 19, 2017

{01364731/1}