

Lawrence V. Young, Attorney
Board Certified Bankruptcy Specialist
lyoung@cgalaw.com
717-718-7110

January 4, 2018

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: Dickson, Stephen
1:13-02665

Dear Sirs:

Please change the address for the Debtor:

Old Address:
P.O. Box 1
York, PA  17405

New Address:
 401 Hunters Path
York, PA 17402


Thank you.
Sincerely,

/s/ Lawrence V. Young

Lawrence V. Young

LY/klb

{01406414/1}