January 9, 2018

U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Rm 320
Harrisburg, PA 17101-1737

FILED
HARRISBURG,
2018 JAN 12 PM 1:10
CLERK
U.S. BANKRUPTCY COURT

RE: Stephen L. Dickson - Case Number: 1:13-bk-02665-HWV
     Address change Chapter 13

To Whom This May Concern:

    This correspondence is to inform you of our new address:

        Stephen L. Dickson
        401 Hunters Path
        York, Pennsylvania 17402

Thank you for your attention to this matter.

*Stephen L. Dickson* (signature)

Stephen L. Dickson

THU-10309 0314-1 nthrgreq 13-02665
Lawrence V. Young
135 North George Street
York, PA 17401

010662 10662 1 AB 0.400 17408 3 0 8463-1-10961

Stephen L. Dickson
2728 Olde Field Drive
York, PA 17408-4259

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |