```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 13-02665-HWV
Stephen L. Dickson                                              Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-1         User: AGarner           Page 1 of 1          Date Rcvd: Jan 30, 2018
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
db            +Stephen L. Dickson,    401 Hunters Path,    York, PA 17402-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 1 Stephen L. Dickson  lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Stephen Dickson : Case No. 1:13-bk-02665-HWV
                         :
            Debtor : Chapter 13
                         :

<u>ORDER GRANTING MODIFICATION OF CHAPTER 13 PLAN</u>

Upon consideration and a review of the Amended Motion to Modify Chapter 13 Plan filed herein, and no objections having been filed, it is hereby

**ORDERED** that the confirmed Chapter 13 Plan shall be modified and declare completed to allow the Debtor to receive his Discharge.

Dated: January 30, 2018            By the Court,

                                               _____
                                               Henry W. Van Eck, Bankruptcy Judge
                                                                                          (LS)