United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                    Case No. 13-02665-HWV
Stephen L. Dickson                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: AGarner          Page 1 of 1              Date Rcvd: Mar 21, 2018
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2018.
db            +Stephen L. Dickson,    401 Hunters Path,    York, PA 17402-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            Joshua I Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
            bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Lawrence V. Young    on behalf of Debtor 1 Stephen L. Dickson  lyoung@cgalaw.com,
            tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
            m;jrosenau@cgalaw.com
            Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
            tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephen L. Dickson                     Chapter 13
401 Hunters Path                       Case No. 1:13−bk−02665−HWV
York, PA 17402

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−5349

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  March 21, 2018                    By the Court,

                                          Honorable Henry W. Van Eck
                                          United States Bankruptcy Judge
                                          By: AGarner, Deputy Clerk